In the Matter of KARSTEN DAIRIES, INC., Appellant, against CHARLES H. BALDWIN, as Commissioner of Agriculture and Markets of the State of New York, Respondent.

(Argued May 20, 1935; decided May 22, 1935.)

*Henry S. Manley* for motion.
*Willard R. Pratt* opposed.

Motion denied, with ten dollars costs.